

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00381-CR

JAMES CARROLL GLAWSON                                          APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT
## ON PERMANENT ABATEMENT OF APPEAL

----------

We have considered the appellant's "Motion To Permanently Abate Appeal." Attached to the motion was the certificate of death showing that appellant James Carroll Glawson died on Wednesday, October 24, 2012.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App.

---

[1]*See* Tex. R. App. P. 47.1.

1993).  Under these circumstances, the appropriate disposition is the permanent abatement of the appeal.  *See* Tex. R. App. P. 7.1(a)(2).

No decision of this court having been delivered prior to the receipt of this motion, the court finds the motion to permanently abate the appeal should be granted.  It is therefore ordered, adjudged, and decreed that the appeal is permanently abated.


PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED:  January 31, 2013

2